# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

**DR. JAMES BENNETT,**

        **Plaintiff,**

v.                                                                          2004-CV-0031

**VIRGIN ISLANDS GOVERNMENT**
**through VIRGIN ISLANDS BOARD OF**
**OPTOMETRIC EXAMINERS, DR. PETER**
**KUMPITCH, and DR. CRAIG**
**FRIEDENBERG,**

        **Defendants.**

TO:   Lee J. Rohn, Esq.
      Raymond T. James, Esq., AAG
      William J. Glore, Esq.

## ORDER DENYING PLAINTIFF'S RENEWED MOTION TO ENFORCE SETTLEMENT

THIS MATTER came before the Court upon Plaintiff's Renewed Motion to Enforce Settlement (Docket No. 147). Defendant Virgin Islands Government filed a response thereto. This order is issued without necessity of reply.

Being advised in the premises and upon due consideration thereof, the Court finds that said Defendant is making diligent efforts to secure the funds and that Plaintiff is not prejudiced by the delay in payment as interest continues to accrue.

*Bennett v. Virgin Islands Government*
2004-CV-0031
Order Denying Plaintiff's Renewed Motion to Enforce Settlement
Page 2

Accordingly, it is now hereby **ORDERED** that Plaintiff's Renewed Motion to Enforce Settlement (Docket No. 147) is **DENIED**.

                                ENTER:

Dated: August 13, 2008                            /s/
                                                GEORGE W. CANNON, JR.
                                                U.S. MAGISTRATE JUDGE